IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ROGER H. BEDFORD, JR., | ) | CASE NO. 19-80103-CRJ7 |
| | ) | |
| Debtor. | ) | |
| ------------------------------- | | |
| TCO SUPPLIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | A.P. NO. 19-80022-CRJ |
| | ) | |
| ROGER H. BEDFORD, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS ADVERSARY PROCEEDING**

Comes now the defendant, Roger H. Bedford, Jr. ("Bedford"), pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rules 7012(b) and 7009 of the Federal Rules of Bankruptcy Procedure, and moves to DISMISS the above-captioned adversary proceeding filed on behalf of TCO Supplies, LLC ("TCO"). As will be set forth more fully in a separate brief, this adversary proceeding should be dismissed on the following grounds:

1. The Complaint fails to plead fraud with particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure, as it fails to indicate the time, place and circumstance of any specific fraudulent misrepresentation or suppression by Bedford.

2. Count II of the Complaint fails to indicate a confidential relationship,

1

superior knowledge, or other legal basis for a duty of disclosure on the part of Bedford.

3. The Complaint provides no basis for any fiduciary relationship or fiduciary duty owed by Bedford to support a claim of fraud or defalcation while acting in a fiduciary capacity.

4. The Complaint contains insufficient facts to support an allegation of embezzlement.

5. The Complaint contains insufficient facts to support an allegation of larceny.

6. The Complaint contains no description of any substantive role or active participation of Bedford in the operations of Valley Lumber,[1] nor does it specify any benefit derived by Bedford from the actions of Valley Lumber.

7. While TCO seems to speculate that the actions of Valley Lumber were "at the direction of Bedford and others" or were "overseen by Bedford", TCO provides no factual support for such allegations. Moreover, TCO has filed a virtually identical Complaint containing identical allegations against Steve Hammack, accusing another person of the exact same acts.

For the foregoing reasons, Bedford moves to dismiss this action in its entirety for failure to state a claim for which relief can be granted.

*/s/ Brenton K. Morris*
Brenton K. Morris (MOR103)
ASB: 8119-R46B

---

[1] In his testimony at the first meeting of creditors, Bedford denied any such participation.

OF COUNSEL:

BENTON & CENTENO, L.L.P.
2019 Third Avenue North
Birmingham, Alabama 35203
Phone: (205)278-8000
Fax: (205)278-8005
Email: bmorris@bcattys.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have filed the foregoing using the Court's electronic case filing system which should result in service on all parties requesting electronic notification, including the following, on this 24th day of May, 2019:

G. Rick Hall, Esq.
Douglas B. Hargett, Esq.
Hall Tanner Hargett, P.C.
Tuscumbia, AL 35674
Email: rhall@halltanner.com
    dhargett@halltanner.com

Kevin C. Gray, Esq.
Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
200 Clinton Ave. W., Ste. 900
Huntsville, AL 35801
Email: kgray@bradley.com
    ashaver@bradley.com

            */s/ Brenton K. Morris*
            OF COUNSEL

3

Case 19-80022-CRJ Doc 3 Filed 05/24/19 Entered 05/24/19 23:55:52 Desc Main
Document Page 3 of 3