# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ROGER H. BEDFORD, JR., | ) | CASE NO. 19-80103-CRJ7 |
| | ) | |
| Debtor. | ) | |
| ---------------------------- | | ---------------------------- |
| TCO SUPPLIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | A.P. NO. 19-80022-CRJ |
| | ) | |
| ROGER H. BEDFORD, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Samuel C. Stephens of Benton & Centeno, LLP ("Counsel") and moves this Court for entry of an Order authorizing him to withdraw as counsel for the Defendant. In support of this Motion, Counsel submits that after the week of January 6, 2020, he will not be employed at the firm of Benton & Centeno, LLP. The Defendant is aware this Motion is being filed, and he will continue to be represented in this case by Brent Morris.

WHEREFORE, premises considered, Samuel C. Stephens moves this Court for entry of an Order authorizing withdrawal from the representation of the Defendant, and for such other, further relief as may be appropriate.

Submitted this the 3rd day of January, 2020.

                                                                                                         /s/ Samuel C. Stephens
                                                                                                           Samuel C. Stephens (ASB-0400-X11T)
                                                                                                           BENTON & CENTENO, LLP
                                                                                                           2019 Third Avenue North
                                                                                                           Birmingham, Alabama 35203
                                                                                                           Telephone: (205) 278.8000
                                                                                                          lbenton@bcattys.com
                                                                                                          sstephens@bcattys.com

1

## CERTIFICATE OF SERVICE

        I hereby certify that I have filed the foregoing using the Court's electronic case filing system which should result in service on all parties requesting electronic notification, including the following, on this 3rd day of January, 2020:

G. Rick Hall, Esq.
Douglas B. Hargett, Esq.
Hall Tanner Hargett, P.C.
Tuscumbia, AL 35674
Email:     rhall@halltanner.com
             dhargett@halltanner.com

Kevin C. Gray, Esq.
Andrew J. Shaver, Esq.
Bradley Arant Boult Cummings LLP
200 Clinton Ave. W., Ste. 900
Huntsville, AL 35801
Email:     kgray@bradley.com
             ashaver@bradley.com

                                    */s/ Brenton K. Morris*
                                    OF COUNSEL